PAUL M. ABRAHAMS, Respondent, *v.* CARL A. SPILKER, Appellant.

*Abrahams* v. *Spilker*, 129 Div. 916, appeal dismissed.
(Argued March 15, 1909; decided March 23, 1909.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 6, 1909, unanimously affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover money alleged to have been loaned.

The motion was made upon the grounds that the appeal was improperly taken, inasmuch as the affirmance by the Appellate Division was unanimous, and that in any event such appeal was frivolous.

*Paul M. Abrahams* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

JOHN WHALEN, Respondent, *v.* INGLIS STUART et al., as Executors of and Trustees under the Will of WILLIAM F. BUCKLEY, Deceased, Appellants.

(Submitted March 15, 1909; decided March 23, 1909.)

Motion for re-argument denied, with ten dollars costs, (See 194 N. Y. 495.)